630

474 A.2d 652

Commonwealth v. Fischetti, Appellant.
Petition for Allowance of Appeal
Denied Aug. 23, 1984.

Argued January 26, 1984. John A. Halley, Assistant Public Defender, for appellant; Kemal A. Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, TAMILIA and POPOVICH, JJ.

Order of the Court of Common Pleas of Allegheny County denying appellant's post conviction petition affirmed. Judgment of sentence affirmed.

POPOVICH, J., filed a concurring memorandum.

WIEAND, J., concurred in the result.